```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 29681
   TIMOTHY J FLASSIG
   SHIRLEY S FLASSIG                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5834     SSN XXX-XX-3945

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/28/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.56% from remaining funds.

     The case was paid in full 08/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
EARTH MOVERS C U         UNSECURED OTH      948.39            .00        119.14
MB FINANCIAL             CURRENT MORTG         .00            .00           .00
WELLS FARGO              CURRENT MORTG         .00            .00           .00
TOYOTA MOTOR CREDIT      SECURED          13273.17         414.29      13273.17
AMERICAN EXPRESS         UNSECURED        NOT FILED           .00           .00
CAPITAL ONE              UNSECURED        15065.01            .00       1892.32
RESURGENT ACQUISITION LL UNSECURED        16922.67            .00       2125.66
RESURGENT ACQUISITION LL UNSECURED OTH     2227.48            .00        279.86
AMERICAN EXPRESS TRAVEL  UNSECURED          351.37            .00         44.14
AMERICAN EXPRESS TRAVEL  UNSECURED          129.50            .00         16.27
JOHN C DENT              DEBTOR ATTY      1,600.00                     1,600.00
TOM VAUGHN               TRUSTEE                                       1,276.07
DEBTOR REFUND            REFUND                                           18.02

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            21,058.94

PRIORITY                                        .00
SECURED                                   13,273.17
   INTEREST                                  414.29
UNSECURED                                  4,477.39
ADMINISTRATIVE                             1,600.00
TRUSTEE COMPENSATION                       1,276.07
DEBTOR REFUND                                 18.02
                   --------------       --------------
TOTALS             21,058.94              21,058.94


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 29681 TIMOTHY J FLASSIG & SHIRLEY S FLASSIG
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |